```
                                            FILED
                                  CLERK, U.S. DISTRICT COURT

                                       MAR 13 2012

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHAN S. PARK,<br><br>    Petitioner,<br><br>    v.<br><br>GARY SWARTHOUT, Warden,<br><br>    Respondent. | No. CV 11-8015-RGK (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

    ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: MAR 13 2012

                                                  _/s/ R. Gary Klausner_<br>
HONORABLE R. GARY KLAUSNER<br>
UNITED STATES DISTRICT JUDGE