```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         MAR 13 2012

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHAN S. PARK, | No. CV 11-8015-RGK (PLA) |
|     Petitioner, | **JUDGMENT** |
|     v. | |
| GARY SWARTHOUT, Warden, | |
|     Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: MAR 13 2012.

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE